**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:

BRUCE ROSEMAN,

            **Debtor.**

-------------------------------------------------------------x

CHAPTER 11

Case No. 08-22445 (RDD)

# TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Mark S. Tulis, Trustee of the estate of the above-captioned debtor, reports that the following dividends are unclaimed over 90 days from the date of issuance:

| CLAIMANT(S) NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Plants and Things<br>403 Lexington Avenue<br>Mount Kisco, NY 10549 | $18.54 |

    Trustee's check to your order in the sum of $18.54 is annexed, representing the total of the aforesaid unclaimed dividends.

Dated:    White Plains, New York
             June 10, 2011

                                                Respectfully submitted,

                                                /s/ Mark S. Tulis
                                                Mark S. Tulis
                                                Chapter 11 Trustee